■ GALINA PANOVA FEDOFF, Respondent, v BORIS WINTHROP FEDOFF, Appellant. [835 NYS2d 895]—Order, Supreme Court, New York County (Laura E. Drager, J.), entered April 6, 2006, which denied defendant's motion for a declaration that the parties' marital residence, a rent stabilized apartment, is subject to equitable distribution, and seeking leave to have it appraised, unanimously affirmed, without costs.

Where, as here, there is no expectation that a rental apartment will be converted into a condominium or cooperative, it is not distributable property (*Pulitzer v Pulitzer*, 134 AD2d 84, 88-89 [1988]), and therefore need not be appraised. We have considered defendant's other arguments and find them unavailing. Concur—Tom, J.P., Mazzarelli, Andrias, Williams and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD JOHNSON, Appellant. [836 NYS2d 481]—Judgment of resentence, Supreme Court, New York County (Charles Solomon, J.), rendered on or about August 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias, Williams and McGuire, JJ.